**DAY PITNEY** LLP
7 TIMES SQUARE
NEW YORK, NY 10036-7311
(212) 297-5800
*Attorneys for Defendant*
United Parcel Service, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| RICHARD LEBLANC, | : | Docket No. 1:11-cv-06983-KPF |
| Plaintiff, | : | |
| v. | : | **NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |
| UNITED PARCEL SERVICE, | : | |
| Defendant. | : | (Document Electronically Filed) |

To:   Walker G. Harman, Jr., Esq.
      The Harman Firm, PC
      200 West 57th Street, Ste. 900
      New York, New York  10019

COUNSEL:

      PLEASE TAKE NOTICE that the undersigned, attorneys for defendant United Parcel Service, Inc. ("UPS"), hereby moves before the Honorable Katherine Polk Failla, U.S.D.J. of the United States District Court for the Southern District of New York, for the entry of an Order dismissing the Amended Complaint in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 56; and

84902886.2

PLEASE TAKE FURTHER NOTICE that, in support of the within motion for summary judgment, UPS shall rely upon the Brief in Support of UPS's Motion for Summary Judgment, the Declaration of Christine Rowan, UPS's Statement of Material Facts Not in Dispute Pursuant to *L. Civ. R.* 56.1, and the Affirmation of Heather Weine Brochin, Esq. submitted herewith; and

PLEASE TAKE FURTHER NOTICE that this motion is timely filed in accordance with the Court's August 23, 2013 Order; and

PLEASE TAKE FURTHER NOTICE that UPS hereby requests that the proposed form of Order submitted herewith be entered by the Court.

DAY PITNEY LLP
Attorneys for Defendant
United Parcel Service, Inc.,

By:   /s/ Heather Weine Brochin
      HEATHER WEINE BROCHIN (HB 5533)
      hbrochin@daypitney.com
7 Times Square
New York, NY 10036
Telephone:  (973) 966-8199
Facsimile:  (973) 206-6115

Dated:  September 13, 2013.