UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RICHARD LeBLANC,

        *Plaintiff*,

        *v.*

UNITED PARCEL SERVICE, INC.,

        *Defendant*.

11 CV 6983 (KPF)

DECLARATION OF WALKER G. HARMAN, JR. IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

-------------------------------------------------------X

**WALKER G. HARMAN, JR.** declares that the following is true and correct:

1.    I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York.

2.    I am the principal attorney at The Harman Firm, PC, which represents Plaintiff Richard LeBlanc in the above-captioned action. As such, I am fully familiar with the facts and circumstances of the matter, the basis of my knowledge being the files maintained by our office and time working on the above-captioned action with my office and with Mr. LeBlanc.

3.    Attached as *Exhibit A* is a true copy of the Complaint in this action, filed October 5, 2013.

4.    Attached as *Exhibit B* is a true copy of the Amended Complaint, filed November 4, 2011.

5.    Attached as *Exhibit C* is a true copy of the Affidavit of Dennis Quinn, sworn to October 20, 2011.

6.    Attached as *Exhibit D* is a true copy of the Transcript of the Deposition of Mr. LeBlanc, which was taken April 19, 2012.

7. Attached as *Exhibit E* is a true copy of the Transcript of the Deposition of Defendant's witness pursuant to FED. R. CIV. P. 30(b)(6), Beverly Riddick, which was taken February 19, 2013.

8. Attached as *Exhibit F* is a true copy of Transcript of the Deposition of Defendant's witness pursuant to FED. R. CIV. P. 30(b)(6), Christine Rowan, which was also taken February 19, 2013.

9. Attached as *Exhibit G* is a true copy of the Transcript of the Deposition of Defendant's witness pursuant to FED. R. CIV. P. 30(b)(6), Daniel Minesinger, which was taken August 8, 2013.

10. Attached as *Exhibit H* is a true copy of a letter from Harvey M. Kramer, M.D., "strongly recommend[ing] that [Mr. LeBlanc] be transferred to a job with [Defendant] closer to [Mr. LeBlanc's] home," Bates-stamped UPS1408, dated February 12, 2008.

11. Attached as *Exhibit I* is a true copy of UPS's handbook for Employee Dispute Resolution.

12. Attached as *Exhibit J* is a true copy of Mr. LeBlanc's quality performance reviews.

13. I declare under penalty of perjury that the foregoing facts are known by me to be true and correct of my own knowledge.

| | |
|---|---|
| Dated: New York, New York<br>October 5, 2013 | Respectfully submitted by:<br>THE HARMAN FIRM, PC<br>*Counsel for Plaintiff* |

                                                             _____s/_____
                                                          Walker G. Harman, Jr. [WH-8044]
                                                          200 West 57th Street, Suite 900
                                                          New York, New York 10019
                                                          wharman@theharmanfirm.com