# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

HEATHER WEINE BROCHIN
Attorney at Law

7 Times Square
New York, NY  10036
T: (973) 966 8199 F: (973) 206 6115
hbrochin@daypitney.com

January 6, 2014

**VIA ECF AND E-MAIL**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    Leblanc v. United Parcel Service, Inc.
              Docket No. 1:11-cv-06983 (KPF)

Dear Judge Failla:

      This firm represents defendant United Parcel Service, Inc. in the referenced matter. Currently pending before the Court is defendant's motion for summary judgment (Docket Entries No. 42-52). Pursuant to Your Honor's individual practice rule 4(F), we are writing to alert the Court to the fact that more than two months have passed since the filing of the reply brief in connection with this motion.

      We thank Your Honor for the Court's consideration of defendant's motion.

                        Respectfully submitted,

                        s/Heather Weine Brochin
                        Heather Weine Brochin

cc:    Walker G. Harman, Esq. (via ECF and E-Mail)